IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEREK CARRIER and DORA CARRIER, individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>VS.<br><br>RAVI ZACHARIAS INTERNATIONAL MINISTRIES, INC., a 501(c)(3) Corporation; RZIM PRODUCTIONS, INC., a Georgia Non-Profit Corporation; MARGARET ZACHARIAS, in her Capacity as ADMINISTRATOR OF THE ESTATE OF RAVI KUMAR ZACHARIAS,<br><br>Defendants. | Civil Action No.<br>1:21-cv-03161-TWT |

## ORDER

The case is before this Court on the motion of Margaret Zacharias, in her capacity as Administrator of the Estate Of Ravi Kumar Zacharias (the "Zacharias Estate"), seeking a second extension of fourteen (14) days to respond to the Complaint. The Court having reviewed the motion and good cause having been shown, the motion is GRANTED. The time for the Zacharias Estate to move, answer

1

or otherwise respond to the Complaint is extended until and through September 23, 2021.

**SO ORDERED** this  10th  day of September, 2021.

                                        Thomas W. Thrash, Jr, Judge for the
U.S. District Court for the Northern District of GA