# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:21-cv-03161-TWT**
**Carrier et al v. Ravi Zacharias International Ministries, Inc. et al**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court on 09/13/2021.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 11:00 A.M.
TIME IN COURT: 00:55
OFFICE LOCATION: Atlanta
COURT REPORTER: Diane Peede
DEPUTY CLERK: Jordyn Holder

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Andrew Ashby representing Derek Carrier<br>Andrew Ashby representing Dora Carrier<br>Michael Boorman representing RZIM Productions, Inc.<br>Michael Boorman representing Ravi Zacharias International Ministries, Inc.<br>Christopher Cohilas representing RZIM Productions, Inc.<br>Christopher Cohilas representing Ravi Zacharias International Ministries, Inc.<br>Robert Martin representing Margaret Zacharias<br>Michael McGlamry representing Derek Carrier<br>Michael McGlamry representing Dora Carrier<br>Maxwell Thelen representing Derek Carrier<br>Maxwell Thelen representing Dora Carrier |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [18]Motion for Discovery DENIED |
| MINUTE TEXT: | The Court heard from the Plaintiffs and Defendants on Plaintiffs' [18] Emergency Motion for Expedited Discovery. The Court DENIED the motion for the reasons stated on the record. Counsel for the Defendants, Ravi Zacharias International Ministries, Inc. and RZIM Productions, Inc., was directed to submit a proposed order to the Court denying the Plaintiffs' motion. |