IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEREK CARRIER, et al.,

    Plaintiffs,

      v.

RAVI ZACHARIAS INTERNATIONAL
MINISTRIES, INC.
a 501(2)(3) Corporation, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:21-CV-3161-TWT

## OPINION AND ORDER

This is an action for charity fraud. It is before the Court on Defendants
Ravi Zacharias International Ministries, Inc. and RZIM Productions, Inc.'s
(collectively, "RZIM") Motion to Dismiss [Doc. 22]. On September 22, 2021, two
weeks after the Motion to Dismiss was filed, the Plaintiffs amended their
complaint to include additional parties and allegations as well as a claim under
the Fair Business Practices Act. RZIM then filed a Motion to Dismiss [Doc. 45]
as to this First Amended Complaint [Doc. 37] on October 20, 2021. For that
reason, RZIM's initial Motion to Dismiss [Doc. 22] is DENIED as moot.

    SO ORDERED, this   14th   day of April, 2022.

                                THOMAS W. THRASH, JR.
                                United States District Judge