# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| DEREK CARRIER, DORA CARRIER, ELIZABETH S. NELSON, and CHRIS J. NELSON individually, and on behalf of all others similarly situated;<br><br>       Plaintiffs,<br><br>  vs.<br><br>RAVI ZACHARIAS INTERNATIONAL MINISTRIES, INC., a Georgia Domestic Non-Profit Corporation; RZIM PRODUCTIONS, INC., a Georgia Domestic Non-Profit Corporation; and MARGARET ZACHARIAS, in her Capacity as ADMINISTRATOR OF THE ESTATE OF RAVI ZACHARIAS,<br><br>      Defendants. | Case No.:  1:21-cv-03161-TWT |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, by and through their undersigned counsel, and Defendants, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted

therein, be dismissed with prejudice, each party to bear their own costs, expenses, and fees.

Respectfully submitted this 24th day of April, 2023.

Jointly stipulated and signed by:

**POPE MCGLAMRY, PC**
*Attorneys for Plaintiffs*

/s/ Michael McGlamry
Michael McGlamry
Georgia Bar No. 492515
mmcglamry@pmkm.com
3391 Peachtree Road, Suite 300
PO Box 19337 (31126-1337)
Atlanta, GA 30326
Telephone: (404) 523-7706
Facsimile: (404) 524-1648

**WATSON SPENCE LLP**
*Attorneys for Defendant RZIM and RZIM Productions, Inc.*

/s/ Christopher S. Cohilas
Christopher S. Cohilas
GA Bar Number:  175377
ccohilas@watsonspence.com
Post Office Box 2008
Albany, Georgia 31702-2008
(229) 436-1545 Telephone
(229) 436-6358 Facsimile

**DENTONS US LLP**
*Attorneys for the Defendant Estate of Ravi Zacharias*

/s/ R. Matthew Martin
R. Matthew Martin
GA Bar Number: 473450
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000 Telephone
(404) 527-8849 Facsimile
Matt.martin@dentons.com

## CERTIFICATE OF SERVICE

This is to certify that on April 24, 2023 the foregoing *Joint Stipulation of Dismissal with Prejudice* was electronically filed with the Clerk of Court and copies sent via electronic statutory notice to counsel and parties who are authorized to receive such notices.

Michael L. McGlamry efile@pmkm.com

Brad R. Sohn  brad@bradsohnlaw.com

Graham LippSmith g@lippsmith.com

MaryBeth LippSmith mb@lippsmith.com

Jaclyn L. Anderson jla@lippsmith.com

R. Matthew Martin Matt.martin@dentons.com

Drew Ashby  drew@atllaw.com

Maxwell K. Thelen  max@atllaw.com

WATSON SPENCE LLP
*Attorneys for RZIM and RZIM Productions*

BY:  /s/ *Christopher S. Cohilas*
Christopher S. Cohilas
GA Bar Number:  175377
ccohilas@watsonspence.com